

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:     Clay Ammerman and Erin Ammerman **v.** The Ranches of Clear Creek Community Association, Inc. and the Ranches od Clear Creek Architectural Review Committee

Appellate case number:   01-17-00015-CV

Trial court case number: 16-01-23529-A

Trial court:             506th District Court of Waller County

Date motion filed:       September 27, 2018

Party filing motion:     appellants, Clay and Erin Ammerman

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Massengale

Date: December 4, 2018